## CRAIG v. STATE.
### No. 26195.

Court of Criminal Appeals of Texas.
Jan. 21, 1953.

---

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

This is a violation of Sec. (a) of Art. 666–27, Vernon's P.C., regulating the transportation of intoxicating liquor, with punishment assessed at a fine of $100.

No statement of facts or bills of exception accompany the record. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.